```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SARALYN M. ANG-OLSON, SBN 197404
    Special Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2700

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  2:09-CV-01459-MCE-KJM
                                 )
12          Plaintiff,           )
                                 )
13      v.                       )
                                 )  ORDER REGARDING CLERK'S
14  2005 FORD F-150 SUPERCREW    )  ISSUANCE OF WARRANT FOR
    LARIAT TRUCK,                )  ARREST OF ARTICLES IN REM
15  VIN: 1FTPW14575FA28567,      )
    CALIFORNIA LICENSE NUMBER:   )
16  7V57073,                     )
                                 )
17  2002 DODGE 1500 QUAD CAB     )
    TRUCK, VIN: 3D7HU18Z62G194781,)
18  CALIFORNIA LICENSE NUMBER    )
    7S43194,                     )
19                               )
    1998 SKI CENTURION FALCON    )
20  SPORT BOWRIDER BOAT,         )
    VIN: FINU7556A898, CALIFORNIA)
21  LICENSE NUMBER 0476PG AND    )
    TRAILER,                     )
22                               )
            Defendants.          )
23  _____)

24

25      WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been

26  filed on May 27, 2009, in the United States District Court for

27  the Eastern District of California, alleging that the defendants:

28  a 2005 Ford F-150 SuperCrew Lariat Truck, VIN: 1FTPW14575FA28567,
```

**FILED**

MAY 2 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

                                1   Order Regarding Clerk's Issuance of Warrant
                                    for Arrest of Articles *In Rem*

California License Number 7V57073; a 2002 Dodge 1500 Quad Cab Truck, VIN: 3D7HU18Z62G194781, California License Number 7S43194; and a 1998 Ski Centurion Falcon Sport Bowrider Boat, VIN: FINU7556A898, California License Number 0476PG and Trailer (collectively "defendant properties"), are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) and/or 21 U.S.C. § 881(a)(4) for one or more violations of 21 U.S.C. § 841 *et seq.*;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration, Task Force Agent, Larren R. Nelson, there is probable cause to believe that the defendant properties so described constitute properties that are subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant properties.

Dated: May 28, 2009

**GREGORY G. HOLLOWS**
GREGORY G. HOLLOWS
United States Magistrate Judge