1  LAWRENCE G. BROWN
   Acting United States Attorney
2  SARALYN M. ANG-OLSON, SBN 197404
   Special Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2803

5  Attorneys for Plaintiff
   United States of America

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )  2:09-CV-01459-MCE-KJM
                                )
12           Plaintiff,          )
                                )
13      v.                      )
                                )  **APPLICATION AND ORDER**
14 2005 FORD F-150 SUPERCREW    )  **FOR PUBLICATION**
   LARIAT TRUCK,                )
15 VIN: 1FTPW14575FA28567,      )
   CALIFORNIA LICENSE NUMBER:   )
16 7V57073,                     )
                                )
17 2002 DODGE 1500 QUAD CAB     )
   TRUCK, VIN: 3D7HU18Z62G194781,)
18 CALIFORNIA LICENSE NUMBER    )
   7S43194,                     )
19                              )
   1998 SKI CENTURION FALCON    )
20 SPORT BOWRIDER BOAT,         )
   VIN: FINU7556A898, CALIFORNIA )
21 LICENSE NUMBER 0476PG AND    )
   TRAILER                      )
22                              )
             Defendants.         )
23 _____ )

24

25      The United States of America, Plaintiff herein, applies for

26 an order of publication as follows:

27      1.  Rule G(4) of the Supplemental Rules for Admiralty or

28 Maritime Claims and Asset Forfeiture Actions (hereafter

                                1          Application and Order for Publication

"Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

    2.   Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

    3.   The defendants described as a 2005 Ford F-150 SuperCrew Lariat Truck, VIN:1FTPW14575FA28567, California License Number 7V57073; a 2002 Dodge 1500 Quad Cab Truck, VIN: 3D7HU18Z62G194781, California License Number 7S43194; and a 1998 Ski Centurion Falcon Sport Bowrider Boat, VIN: FINU7556A898, California License Number 0476PG and Trailer (hereafter "defendant properties") were seized in the city of Yuba City, in Sutter County, California.  The Drug Enforcement Administration published notice of the non-judicial forfeiture of the defendant properties on February 9, 16 and 23, 2009, in *The Wall Street Journal*.

    4.   Plaintiff proposes that publication be made as follows:

        a.   One publication;

        b.   Thirty (30) consecutive days;

        c.   On the official internet government forfeiture site www.forfeiture.gov;

        d.   The publication is to include the following:

            (1)   The Court and case number of the action;

            (2)   The date of the seizure/posting;

            (3)   The identity and/or description of the property seized/posted;

(4) The name and address of the attorney for the Plaintiff;

(5) A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

(6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: May 27, 2009       LAWRENCE G. BROWN
                          Acting United States Attorney


                          /s/ Saralyn M. Ang-Olson
                          SARALYN M. ANG-OLSON
                          Special Assistant United States
                          Attorney


**ORDER**

IT IS SO ORDERED.

Dated: June 17, 2009.

_____
U.S. MAGISTRATE JUDGE