IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>2005 FORD F-150 SUPERCREW LARIAT TRUCK,<br>VIN: 1FTPW14575FA28567,<br>CALIFORNIA LICENSE NUMBER: 7V57073,<br><br>2002 DODGE 1500 QUAD CAB TRUCK, VIN: 3D7HU18Z62G194781, CALIFORNIA LICENSE NUMBER 7S43194,<br><br>1998 SKI CENTURION FALCON SPORT BOWRIDER BOAT,<br>VIN: FINU7556A898, CALIFORNIA LICENSE NUMBER 0476PG AND TRAILER<br><br>　　　　Defendants. | 2:09-CV-01459-MCE-KJM<br><br>FINDINGS AND RECOMMENDATIONS |

　　This matter came before the Honorable Kimberly J. Mueller on plaintiff United States' _ex parte_ motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant properties to oppose plaintiff's motion.  Based on plaintiff's motion and the files

1 and records of the court, THE COURT FINDS as follows:

2     1.   This action arose out of a Verified Complaint for Forfeiture In Rem filed May 27, 2009.

    2.   Plaintiff United States of America has moved this Court, pursuant to Local Rule A-540, for entry of default judgment of forfeiture against potential claimants Oscar Sauceda Cuevas and Elda Vianey Lopez.

    3.   Plaintiff has shown that a verified complaint for forfeiture was filed in this action; that potential claimants Oscar Sauceda Cuevas, Elda Vianey Lopez, and Plumas Bank received notice of this forfeiture action; that a stipulation was entered into with the lienholder of the defendant Ford truck; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

    Therefore, IT IS RECOMMENDED as follows:

    4.   That Oscar Sauceda Cuevas and Elda Vianey Lopez be held in default;

    5.   That plaintiff's motion for default judgment and final judgment of forfeiture be granted;

    6.   That a judgment by default be entered against any right, title or interest of potential claimants Oscar Sauceda Cuevas and Elda Vianey Lopez in the defendant properties;

    7.   That the Stipulation for Final Judgment of Forfeiture entered into between the United States and lienholder, Plumas Bank ("Stipulation"), filed herewith be incorporated herein;

    8.   That a final judgment be entered, forfeiting all right, title and interest in the defendant properties to the United

1 States of America, subject to the interest of lienholder Plumas
2 Bank in the defendant 2005 Ford F-150 Supercrew Lariat Truck
3 pursuant to the Stipulation, to be disposed of according to law.
4    8.   That the Default Judgment and Final Judgment of
5 Forfeiture lodged herein be signed by the district judge assigned
6 to this case and filed by the Clerk of the Court.
7 Dated: October 2, 2009.

_____
U.S. MAGISTRATE JUDGE