```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  SARALYN M. ANG-OLSON, SBN 197404
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       ) 2:09-CV-01459-MCE-KJM
                                    )
12             Plaintiff,           ) DEFAULT JUDGMENT AND FINAL
                                    ) JUDGMENT OF FORFEITURE
13        v.                        )
                                    )
14  2005 FORD F-150 SUPERCREW       )
    LARIAT TRUCK,                   )
15  VIN: 1FTPW14575FA28567,         )
    CALIFORNIA LICENSE NUMBER:      )
16  7V57073,                        )
                                    )
17  2002 DODGE 1500 QUAD CAB        )
    TRUCK, VIN: 3D7HU18Z62G194781,  )
18  CALIFORNIA LICENSE NUMBER       )
    7S43194,                        )
19                                  )
    1998 SKI CENTURION FALCON       )
20  SPORT BOWRIDER BOAT,            )
    VIN: FINU7556A898, CALIFORNIA   )
21  LICENSE NUMBER 0476PG AND       )
    TRAILER                         )
22                                  )
               Defendants.          )
23  _____)
```

24   This matter came on before the Honorable Magistrate

25  Kimberly J. Mueller on plaintiff United States' <u>ex</u> <u>parte</u> motion

26  for default judgment. There was no appearance by or on behalf

27  of any other person or entity claiming an interest in the

28  defendant properties to oppose plaintiff's motion. The

Magistrate Judge has recommended that plaintiff's motion for default judgment be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is

ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's Findings and Recommendations are adopted herein.

2. Oscar Sauceda Cuevas and Elda Vianey Lopez are held in default.

3. A judgment by default is hereby entered against any right, title or interest of Oscar Sauceda Cuevas and Elda Vianey Lopez in the defendant properties referenced in the above-captioned action.

4. A final judgment of forfeiture is hereby entered, forfeiting all right, title and interest in the defendant properties to the United States, subject to the interest of lienholder Plumas Bank in the defendant 2005 Ford F-150 Supercrew Lariat Truck pursuant to the Stipulation for Final Judgment of Forfeiture filed in this action, to be disposed of according to law.

5. All parties shall bear their own costs and attorneys' fees.

Dated: October 14, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE